# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 8, 2023

## NO. 03-21-00422-CV

**Billie 0. Stone d/b/a Stobil Enterprise, Appellant**

**v.**

**Randolph-Brooks Federal Credit Union, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order dismissing the lawsuit signed by the trial court on July 20, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order dismissing the lawsuit. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.